**BOYNE REALTY**

303 Grove Street, Jersey City, N.J. 07302
www.boynerealtynj.com

Phone: 201.451.0950               Fax: 201.451.7830

May 10th, 2022

Dear Mr. Corbin,

**34 Clarke Avenue, Jersey City, NJ 07305**

The Subject property resides in Greenville section of Jersey City, eight properties
In this location was selected that sold in the 12 months.

One comp that consists of (7) total rooms
Three comps that consists of (8) total rooms
Three comps that consists of (9) total rooms
One comp that consists of (10) total rooms

Three comps have parking.

The subject property is in poor condition, the first floor consists of five total rooms that's in of need work, the bathroom needs total renovations and there is no heat in the kitchen area.

The second floor apartment has five total rooms, the kitchen and bathrooms needs total renovations, the floor in the living room near the chimney needs to be replaced from water damage.

The basement area needs total renovations, the basement floor has wooden planks and there is a major beam that is totally destroyed.

There is abandoned oil tank on the property and one parking space.

**The total value of the property $420,000.00**

Sincerely,

Steven Bell
(201)665-3725

| LISTING COUNT: | | DAYS ON MARKET: | | | | HIGH | LOW | AVERAGE | MEDIAN | TOTAL PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | HIGH | LOW | AVG | MED | | | | | | |
|  |  | 4 |  | 32 | LIST PRICE: | $549,000 | $399,999 | $459,999 | $460,000 | $3,219,999 |
|  |  |  |  |  | SOLD PRICE: | $425,000 | $335,000 | $398,333 | $415,000 | $2,390,000 |

Area (Minor)=0906G,0906WB AND Class=MF AND Closing Date=6 Months Back AND Price<549000 AND Sale/Rent=B AND Status=SUCON AND Type=2F

**DEFAULT VIEW**

| MLS # | Class | Type | Area | Address | City | State | Zip | Status | Origin List Price | Sold Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 210022871 | 2 FAMILY | 2 Family | JC, Greenville | 113 ORIENT AVE | JC, Greenville | NJ | 07305 | SOLD | | $335,000 |
| 210002138 | 2 FAMILY | 2 Family | JC, West Bergen | 296 EGE AVE | JC, West Bergen | NJ | 07304 | SOLD | | $375,000 |
| 202020430 | 2 FAMILY | 2 Family | JC, Greenville | 102-102.5 ORIENT AVE | JC, Greenville | NJ | 07305 | SOLD | | $410,000 |
| 220001715 | 2 FAMILY | 2 Family | JC, Greenville | 116 BOSTWICK AVE | JC, Greenville | NJ | 07305 | SOLD | | $420,000 |
| 220001979 | 2 FAMILY | 2 Family | JC, Greenville | 101 RANDOLPH AVE | JC, Greenville | NJ | 07305 4418 | SOLD | | $425,000 |
| 210016685 | 2 FAMILY | 2 Family | JC, Greenville | 49 RANDOLPH AVE | JC, Greenville | NJ | 07304 | SOLD | | $425,000 |
| 210023084 | 2 FAMILY | 2 Family | JC, West Bergen | 34 CLARKE AVE | JC, West Bergen | NJ | 07304 | Under Contract | | |

This information is deemed reliable, but not guaranteed. Copyright 2022 by Realty Multiple Listing System, Inc.