| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Nicholas Fitzgerald, Esq./NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com | Case No.: 22-13373<br>Chapter: 13 |
| In Re:<br>Hisue Parkinson | Adv. No.:<br>Hearing Date:<br>Judge: GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Hisue Parkinson__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __May 19, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Authorizing Retention of Dennis Callen, Esq.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 19, 2022

Signature: _[signature]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mr. Hisue Parkinson<br>34 Clarke Avenue<br>Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dennis Callen<br>Attorney At Law<br>185  6th Street<br>Paterson, NJ 07524 | Real Estate Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |