| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Nicholas Fitzgerald, Esq.,/NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com | Case No.: 22-13373<br>Chapter: 13 |
| In Re:<br>Hisue Parkinson | Adv. No.:<br>Hearing Date:<br>Judge: GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, **Nadia Loftin** :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Nicholas Fitzgerld, Esq.**, who represents **Hisue Parkinson** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **May 20, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Removing Judgment Liens as Secured Debts Against the Debtor's Real Property Located at 34 Clarke Avenue, Jersey City, NJ 07304

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 20, 2022

Signature: _[signed]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hisue Parkinson<br>34 Clarke Avenue<br>Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Century Financial Services<br>CEO, Corporate Officer, Agent, or Person Authorized to Accept Service<br>110 S. Jefferson Road, #104<br>Whippany, NJ 07981 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler Felt & Warshaw<br>Attorneys At Law<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hudson MRI<br>CEO, Corporate Officer, Agent or Person Authorized to Accept Service<br>574 Summit Avenue<br>Jersey City, NJ 07306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David B. Watner, Esq.<br>1129 Blomfield Ave #208<br>West Caldwell NJ 07006 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ADR Associates Inc.<br>CEO, Corporate Officer, Agent or Person Authorized to Accept Service<br>100 Ashbury Lane #304<br>Mount Holly, NJ 08060-1202 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Reena Frost, Esq.<br>345 Union Street<br>Hackensack NJ 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Resolution Investment Cr<br>CEO, Corporate Officer, Agent or Person Authorized to Accept Service<br>PO Box 34000<br>Seattle WA 98124-1000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stark & Stark<br>993 Lenox Drive Bldg 2<br>Lawrenceville NJ 08648 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dennis Callen<br>Attorney At Law<br>185 6th Avenue<br>Paterson, NJ 07524 | Real Estate Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Boyne Realty<br>    Attn: Steven Bell<br>303 Grove Street<br>Jersey City NJ 07302 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |