**Order Filed on May 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jerssey City, NJ 07306
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Counsel for Debtor

In Re:

Hisue Parkinson

Case No.: 22-13373
Hearing Date: 5/18/22 @ 10:00 a.m.
Chapter: 13
Judge: R. Gambardella

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☐ Followed   ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3). is ORDERED.

**DATED: May 20, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ___34 Clarke Avenue, Jersey City, NJ 07304___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | 1) Boyne Realty, Steven Bell, 303 Grove Street, Jersey City, NJ 07302<br>2) Dennis Callen, Esq. Closing counsel |
| Amount to be paid: | 1) $24,650 -- 5% real estate broker's commission; 2) $1,800 lawyer's fee |
| Services rendered: | 1) Finding a buyer for the debtor's property; 2) Counsel fees for the closing. |

OR: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ 27,900 or less  claimed as exempt may be paid to the Debtor.

6. The ☑ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

```
The debtor retains his right to any applicable exemptions
notwithstanding the distribution made in accordance with
paragraph 6 above.

The trustee is permitted to disburse the net proceeds of
the sale regardless of whether the plan is confirmed and
prior to any potential dismissal or conversion of this
case.

The fourteen (14) day rule under Federal Rules of
Bankruptcy Procedure 6004(h) is hereby waived.
```