**Page 1**

Nicholas Fitzgerald, Esq. NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
(201) 533-1100
Counsel for Debtor

_____
Attorney for Debtor -- I.D. # NF/6129

**Order Filed on May 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey -- Newark
---------------------------------X
In re:

    Hisue Parkinson                  Chapter 13

                                     Case # 22-13373-RG

---------------------------------X  Hg. Date: 5/18/22

**ORDER REMOVING JUDGMENT LIENS AS SECURED DEBTS AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 34 CLARKE AVENUE, JERSEY CITY, NJ 07304**

    The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: May 19, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Hisue Parkinson
Case No.: 22-13373-RG
Caption: ORDER REMOVING JUDGMENT LIENS AS SECURED DEBTS AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 34 CLARKE AVENUE, JERSEY CITY, NJ 07304

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order rendering the certain judgments as liens against the debtor's residence located at 34 Clarke Avenue, Jersey City, NJ 07304 on the grounds that there is no equity in the debtor's real property above prior existing liens and the debtor's exemptions, and closing costs, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED,** that the liens on the debtor's real property located at 34 Clarke Avenue, Jersey City, NJ 07304 pursuant to perfected judgments entered against the debtor in the following cases are hereby removed as liens against the debtor's real property thereby enabling the debtor to sell the said real property for a sale price of $493,000 free and clear of the judgment liens; and the amount of the judgment liens are hereby is to be treated within the debtor's payment plan as unsecured:

> <u>New Century Financial Services vs. Hisue Parkinson</u>, docketed 2/25/2010, Superior Court of New Jersey, Hudson County, Special Civil Part, Case Number DC 024691 09; Date of Judgment in S.C.P. : Nov. 24, 2009; Judgment Number DJ-055757-2010 -- Amount of Judgment $486.22 plus fees, costs and interest.

Page 3
Debtor: Hisue Parkinson
Case No.: 22-13373-RG
Caption: ORDER REMOVING JUDGMENT LIENS AS SECURED DEBTS AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 34 CLARKE AVENUE, JERSEY CITY, NJ 07304

----------------------------------------------

Hudson MRI vs. Hisue Parkinson, Superior Court of New Jersey, Hudson County Special Civil Part, Case Number DC 014384 01; Judgment Number DJ-126243-2003; Date Docketed 5/24/2003; Date of Judgment in S.C.P. 3/5/02 -- Amount of Judgment: $1,311.77 Plus fees, costs and interest.

New Century Financial Services vs. Hisue Parkinson, Superior Court of New Jersey, Special Civil Part; docketed on 9/22//2009 Hudson County, Special Civil Part, Case Number DC 006066 09; Judgment Number DJ-225671-2009; Date Docketed: 9/22/09; Date of Judgment in S.C.P.: May 18, 2009 -- Amount of Judgment $563.81 plus fees, costs and interest.

ADR Associates Inc. v. Hisue Parkinson, Superior Court of New Jersey, Hudson County Special Civil Part; Case Number DC 011631 10; Judgment Number DJ 050185-2012; Date Docketed: 3/5/12; Date of Judgment in S.C.P.: 4/15/11; Judgment Number DJ-050185-2012; Amount of Judgment: $14,542.38 plus fees, costs and interest

New Century Financial Services vs. Hisue Parkinson, docketed 9/30/2008, Superior Court of New Jersey, Hudson County, Special Civil Part, Case Number DC 012812 08; Judgment Number DJ-236932-2008; Date Docketed: 9/30/08; Date of Judgment in S.C.P.: 7/21/2008 -- Amount of Judgment $3,809.83 plus fees, costs and interest.

First Resolution Investment CR, Assignee of Chase Bank vs. Hisue G. Parkinson, Superior Court of New Jersey, Special Civil Part; docketed on 6/27/2014, Judgment Number DJ-114093-2014; Case Number DC 014425 06; Date of Judgment in S.C.P.: 9/29/06 -- -- Amount of Judgment $4,964.55 plus fees, costs and interest;

And it is further

**ORDERED AND DECREED,** that as to the judgment liens specified

Page 4
Debtor: Hisue Parkinson
Case No.: 22-13373-RG
Caption: ORDER REMOVING JUDGMENT LIENS AS SECURED DEBTS AGAINST THE DEBTOR'S REAL PROPERTY LOCATED AT 34 CLARKE AVENUE, JERSEY CITY, NJ 07304

---

herein, that this Order can be recorded in the Superior Court of New Jersey, Hudson County, Special Civil Part, with the said judgments to be treated upon the sale of the debtor's real property located at 34 Clarke Avenue, Jersey City, NJ 07304, as if a Warrant of Satisfaction were issued as to each judgment.

United States Bankruptcy Court
District of New Jersey

In re:  
Hisue Parkinson  
    Debtor

Case No. 22-13373-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hisue Parkinson, 34 Clarke Avenue, Jersey City, NJ 07304-1011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Hisue Parkinson nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Hisue Parkinson fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5