| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
| --- | --- | --- |
| In Re:<br><br>        Hisue Parkinson | Case No.: | 22-13373 |
| | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | GAMBARDELLA |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:        Hisue Parkinson, Debtor
(Example: John Smith, creditor)

Old address:    34 Clarke Avenue

Jersey City NJ 07304


New address:    230 Amity Street

Elizabeth NJ 07202


New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    06/17/2022

Signature

*rev.8/1/2021*