Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−13373−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hisue Parkinson
    aka Hisue G Parkinson
    34 Clarke Avenue
    Jersey City, NJ 07304

Social Security No.:
    xxx−xx−1693

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2022.

Dated: June 16, 2022
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13373-RG |
| Hisue Parkinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2022 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hisue Parkinson, 34 Clarke Avenue, Jersey City, NJ 07304-1011 |
| 519565528 | | ADR Associates Inc, 100 Ashbury Lane, Mount Holly, NJ 08060- 1202 |
| 519565529 | + | Arrow/HSBC/LVNV Funding, Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519565531 | | Capital One NA, Becket and Lee LLP, Po Box 3001, Malvern, PA 19355-0701 |
| 519565532 | + | David B Watner, 1129 Bloomfield Ave # 208, Caldwell, NJ 07006-7123 |
| 519565534 | + | First Resolution Investment Cr, Po Box 34000, Seattle, WA 98124-1000 |
| 519565535 | + | Hudson MRI, 547 Summit Avenue, Jersey City, NJ 07306-2701 |
| 519565538 | + | KML Law Group, 701 Market Street, Philadelphia, PA 19106-1541 |
| 519565543 | | New Century Financial Services, 110 S Jefferson Road, Parsippany, NJ 07054 |
| 519565547 | + | PSE&G, 80 Park Plaza T5D, Newark, NJ 07102-4109 |
| 519565549 | + | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519565550 | + | Reena Fost, 345 Union Street, Hackensack, NJ 07601-4304 |
| 519565551 | | Select Portfolio Servicing, PO Box 65260, Salt Lake City, UT 84165 |
| 519565552 | + | Stark & Stark, 993 Lenox Drive Bldg 2, TrentonLawrenceville, NJ 08648-2316 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519582953 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519565530 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:44:12 | Capital One Bank USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 519565533 | + | Email/Text: mrdiscen@discover.com | Jun 16 2022 20:38:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519565536 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 16 2022 20:39:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 519565537 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 16 2022 20:39:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519565539 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 20:38:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519571142 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 20:43:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519568836 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 22-13373-RG    Doc 40    Filed 06/18/22    Entered 06/19/22 00:14:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: plncf13 | Total Noticed: 29 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jun 16 2022 20:43:56 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519565541 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jun 16 2022 20:38:00 | Medical Payment Data, 645 Walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 519565544 | + | Email/PDF: bankruptcy@ncfsi.com | Jun 16 2022 20:44:30 | New Century Financial Services, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 519565542 | + | Email/PDF: bankruptcy@ncfsi.com | Jun 16 2022 20:44:15 | New Century Financial Services, 110 S Jefferson Road, Whippany, NJ 07981-1038 |
| 519565545 |  | Email/Text: signed.order@pfwattorneys.com | Jun 16 2022 20:38:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519565548 | ^ | MEBN | Jun 16 2022 20:33:37 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r |  | Steven Bell |
| 519565540 |  | LVNV Funding LLC c/o Resurgent Capital, PO Box 10675 |
| 519565546 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Hisue Parkinson nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Hisue Parkinson fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                  User: admin                  Page 3 of 3
Date Rcvd: Jun 16, 2022          Form ID: plncf13          Total Noticed: 29

TOTAL: 5