UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Hisue Parkinson

Case No.: 22-13373

Chapter: 13

Adv. No.:

Hearing Date: 08/17/2022

Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald Esq.__, who represents __Hisue Parkinson__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 26, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and Notice of Filing of Modification of Plan After Confirmation and Notice of Hearing Thereon

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 26, 2022

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hisue Parkinson<br>230 Amity Street<br>Eliabeth, NJ 07202 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**ADR Associates Inc**
100 Ashbury Lane
Mount Holly, NJ 08060- 1202

**Arrow/HSBC/LVNV Funding**
Resurgent Capital
PO Box 10587
Greenville, SC 29603

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Capital One Bank USA NA**
PO Box 71083
Charlotte, NC 28272-1083

**Capital One NA**
Becket and Lee LLP
Po Box 3001
Malvern, PA 19355-0701

**David B Watner**
1129 Bloomfield Ave # 208
Caldwell, NJ 07006

**Discover Bank**
Po Box 30939
Salt Lake City, UT 84130

**First Resolution Investment Cr**
Po Box 34000
Seattle, WA 98124

**Hudson MRI**
547 Summit Avenue
Jersey City, NJ 07306

**Hyundai Capital Americ**
4000 Macarthur Blvd Ste
Newport Beach, CA 92660

**Hyundai Capital America DBA**
Hyundai Motor Finance
PO Box 20809
Fountain Valley, CA 92728

**Hyundai Capital America DBA Hyundai Motor Finance**
P.O. Box 20809
Fountain Valley, CA 92728

**KML Law Group**
701 Market Street
Philadelphia, PA 19106

**Kohls/Capone**
N56 Ridgewood Dr
Menomonee Fal, WI 53051

**LVNV Funding LLC c/o Resurgent Capital**
PO Box 10675

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**LVNV Funding, LLC c/o Resurgent Capital Services**
PO Box 10587
Greenville, SC 29603-0587

**Medical Payment Data**
645 Walnut St. Ste 5
Gadsden, AL 35901

**New Century Financial Services**
110 S Jefferson Road
Whippany, NJ 07981

**New Century Financial Services**
110 S Jefferson Road
Parsippany, NJ 07054

**New Century Financial Services**
110 S Jefferson Rd # 104
Whippany, NJ 07981

**Pressler Felt & Warshaw LLP**
7 Entin Road
Parsippany, NJ 07054

**Pressler Felt & Warshaw LLP**
7 Entin Road
Parsippany, NJ 07054-9944

**PSE&G**
PO Box 14444
New Brunswick, NJ 08906

**PSE&G**
80 Park Plaza T5D
Newark, NJ 07102

**Receivable Collection**
170 Jericho Tpke
Floral Park, NY 11001

**Reena Fost**
345 Union Street
Hackensack, NJ 07601

**Select Portfolio Servicing**
PO Box 65260
Salt Lake City, UT 84165

**Stark & Stark**
993 Lenox Drive Bldg 2
TrentonLawrenceville, NJ 08648

**U.S. Bank National Association, at. el**
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250