Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13373−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hisue Parkinson
aka Hisue G Parkinson
230 Amity Street
Eliabeth, NJ 07202

Social Security No.:
xxx−xx−1693

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 18, 2022.

Dated: August 18, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hisue Parkinson  
Debtor

Case No. 22-13373-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3  
Date Rcvd: Aug 18, 2022    Form ID: plncf13    Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hisue Parkinson, 230 Amity Street, Eliabeth, NJ 07202-3938 |
| 519565528 | | ADR Associates Inc, 100 Ashbury Lane, Mount Holly, NJ 08060- 1202 |
| 519565529 | + | Arrow/HSBC/LVNV Funding, Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519565531 | | Capital One NA, Becket and Lee LLP, Po Box 3001, Malvern, PA 19355-0701 |
| 519565532 | + | David B Watner, 1129 Bloomfield Ave # 208, Caldwell, NJ 07006-7123 |
| 519565534 | + | First Resolution Investment Cr, Po Box 34000, Seattle, WA 98124-1000 |
| 519565535 | + | Hudson MRI, 547 Summit Avenue, Jersey City, NJ 07306-2701 |
| 519565538 | + | KML Law Group, 701 Market Street, Philadelphia, PA 19106-1541 |
| 519565543 | | New Century Financial Services, 110 S Jefferson Road, Parsippany, NJ 07054 |
| 519565547 | + | PSE&G, 80 Park Plaza T5D, Newark, NJ 07102-4109 |
| 519565549 | + | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519565550 | + | Reena Fost, 345 Union Street, Hackensack, NJ 07601-4304 |
| 519565551 | | Select Portfolio Servicing, PO Box 65260, Salt Lake City, UT 84165 |
| 519565552 | + | Stark & Stark, 993 Lenox Drive Bldg 2, TrentonLawrenceville, NJ 08648-2316 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519582953 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 18 2022 20:52:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519565530 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2022 20:51:49 | Capital One Bank USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 519565533 | + | Email/Text: mrdiscen@discover.com | Aug 18 2022 20:42:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519565536 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 18 2022 20:43:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 519565537 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 18 2022 20:43:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519565539 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 18 2022 20:42:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519571142 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 20:51:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519568836 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 22-13373-RG    Doc 53    Filed 08/20/22    Entered 08/21/22 00:14:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: plncf13 | Total Noticed: 30 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Aug 18 2022 20:51:56 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519565541 | + | Email/Text: MDSBankruptcies@meddatsys.com |  |  |
|  |  |  | Aug 18 2022 20:42:00 | Medical Payment Data, 645 Walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 519565544 | + | Email/PDF: bankruptcy@ncfsi.com |  |  |
|  |  |  | Aug 18 2022 20:52:24 | New Century Financial Services, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 519565542 | + | Email/PDF: bankruptcy@ncfsi.com |  |  |
|  |  |  | Aug 18 2022 20:52:10 | New Century Financial Services, 110 S Jefferson Road, Whippany, NJ 07981-1038 |
| 519565545 |  | Email/Text: signed.order@pfwattorneys.com |  |  |
|  |  |  | Aug 18 2022 20:42:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519565548 | ^ | MEBN |  |  |
|  |  |  | Aug 18 2022 20:41:21 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519651900 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com |  |  |
|  |  |  | Aug 18 2022 20:43:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r |  | Steven Bell |
| 519565540 |  | LVNV Funding LLC c/o Resurgent Capital, PO Box 10675 |
| 519646362 | *+ | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519565546 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon |  |
|  | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick |  |
|  | on behalf of Debtor Hisue Parkinson nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Marie-Ann Greenberg |  |
|  | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 18, 2022 | Form ID: plncf13 | Total Noticed: 30

Nicholas Fitzgerald     on behalf of Debtor Hisue Parkinson fitz2law@gmail.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5