UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerld, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Hisue Parkinson

Case No.: 22-13373

Chapter: 13

Adv. No.:

Hearing Date:

Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Hisue Parkinson__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 25, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Expunging Proof of Claim Number 8 Filed by US Bank National Association, et al

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 25, 2022__                                   _____
                                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hisue Parkinson<br>230 Amity Street<br>Elizabeth NJ 07202 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SPS<br>Select Portfolio Servicing Inc<br>PO Box 65250<br>Salt Lake City UT 84165-0250 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>    Attn: Denise Carlon, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia PA 19106-1541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |