Page 1

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Email: nickfitz.law@gmail.com
Attorney for Debtor

**Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
-------------------------------------X
Caption in Compliance with D. N.J. LBR 9004-1

In re:

    Hisue Parkinson

Chapter 13

Case No. 22-13373-RG

Hon: Rosemary Gambardella

Hg. Date: 8/17/22

Debtor

-------------------------------------X

**ORDER EXPUNGING PROOF OF CLAIM NUMBER 8 FILED BY US BANK NATIONAL ASSOCIATION, et. el**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 24, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Hisue Parkinson
Case No.: 22-13373-RG
Caption: ORDER EXPUNGING PROOF OF CLAIM NUMBER 8 FILED BY US BANK NATIONAL ASSOCIATION, et. el

---

This matter having come before the Court by the debtor's counsel, upon the debtor's Notice of Motion for an Order expunging proof of claim number 8 filed by U.S. Bank National Association, et el; and the Court having examined the evidence presented, and for good cause shown,

IT IS

**ORDERED** that proof of claim number 8 filed by U.S. Bank National Association, et. el. is hereby expunged with prejudice.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13373-RG |
| Hisue Parkinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

**Recip ID      Recipient Name and Address**
db          + Hisue Parkinson, 230 Amity Street, Eliabeth, NJ 07202-3938

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
                        on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Fitzpatrick
                        on behalf of Debtor Hisue Parkinson nickfitz.law@gmail.com
                        nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Nicholas Fitzgerald
                        on behalf of Debtor Hisue Parkinson fitz2law@gmail.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Aug 24, 2022     Form ID: pdf903     Total Noticed: 1
TOTAL: 5