UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption In Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

Hisue Parkinson

Case No.: 22-13373

Judge: HALL

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor.

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for June 04, 2025, at 10:00am.

    ☐ Certification of Default filed by _____.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer)

☒ Other (explain your answer):

As per the balance to complete letter which I received from Trustee Greenberg, I owe a total balance of $50.00 for my Chapter 13 payment plan. I will mail a payment of $50.00 on May 15, 2025 by money order to the Chaper 13 Trustee

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true

Date 05/15/25                             _____
                                          Debtor's Signature

Date 05/15/25                             _____
                                          Debtor's Signature

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.