Certificate Number: 05781-NJ-DE-039712037

Bankruptcy Case Number: 22-13373



05781-NJ-DE-039712037

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2025, at 12:00 o'clock PM PDT, Hisue Parkinson completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 29, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President